UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:

TRACEY CLINE GRAVELY                         CASE NO. 20-10808
1612 N O'HENRY BLVD                          JUDGE BENJAMIN A. KAHN
GREENSBORO, NC  27405

    DEBTOR

SSN(1) XXX-XX-1696                            DATE:  05/06/2021

---

### REPORT OF FILED CLAIMS

    Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection.  After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| CAPITAL ONE BANK USA NA | $289.40 | (U) UNSECURED |
| BY AMERICAN INFOSOURCE AS AGENT | INT: .00% | |
| P O BOX 71083 | NAME ID: 181492 | ACCT: 4209 |
| CHARLOTTE, NC  28272-1083 | CLAIM #: 0006 | COMMENT: |
| DATA MAX | $0.00 | (U) UNSECURED |
| 711 COLISEUM PLAZA COURT | INT: .00% | NOT FILED |
| WINSTON SALEM, NC  27106 | NAME ID: 136979 | ACCT: |
| | CLAIM #: 0007 | COMMENT: |
| DELL FINANCIAL SERVICES LLC | $1,259.37 | (U) UNSECURED |
| % RESURGENT CAPITAL SERVICES | INT: .00% | |
| P O BOX 10390 | NAME ID: 65286 | ACCT: 8272 |
| GREENVILLE, SC  29603-0390 | CLAIM #: 0009 | COMMENT: |
| DEPT OF EDUCATION/NAVIENT | $0.00 | (U) UNSECURED |
| P O BOX 9635 | INT: .00% | NOT FILED |
| WILKES BARRE, PA  18773 | NAME ID: 151288 | ACCT: |
| | CLAIM #: 0008 | COMMENT: |
| FIRST POINT RESOURCES | $0.00 | (U) UNSECURED |
| P O BOX 26140 | INT: .00% | NOT FILED |
| GREENSBORO, NC  27402 | NAME ID: 38570 | ACCT: |
| | CLAIM #: 0010 | COMMENT: |
| GINNYS | $321.49 | (U) UNSECURED |
| % CREDITORS BANKRUPTCY SERVICE | INT: .00% | |
| P O BOX 800849 | NAME ID: 151294 | ACCT: 9630 |
| DALLAS, TX  75380 | CLAIM #: 0011 | COMMENT: |
| GUILFORD CO REGISTER OF DEEDS | $52.00 | (Z) SPECIAL COST ITEM |
| P O BOX 3427 | INT: .00% | |
| GREENSBORO, NC  27402 | NAME ID: 1159 | ACCT: |
| | CLAIM #: 0015 | COMMENT: |
| GUILFORD COUNTY TAX | $0.00 | (P) PRIORITY |
| P O BOX 3138 | INT: .00% | NOT FILED |
| GREENSBORO, NC  27402 | NAME ID: 119336 | ACCT: |
| | CLAIM #: 0001 | COMMENT: OC |

PAGE 2  -  CHAPTER 13 CASE NO. 20-10808

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| GUILFORD COUNTY TAX DEPT<br>400 W MARKET ST<br>GREENSBORO, NC  27401 | $0.00<br>INT:  .00%<br>NAME ID: 159804<br>CLAIM #: 0004 | (S) SECURED<br>NOT FILED<br>ACCT:<br>COMMENT: OC,DIR |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT:  .00%<br>NAME ID: 123770<br>CLAIM #: 0002 | (P) PRIORITY<br>NOT FILED<br>ACCT: 1696<br>COMMENT: OC |
| JPMC<br>P O BOX 7013<br>INDIANAPOLIS, IN  46207 | $0.00<br>INT:  .00%<br>NAME ID: 179553<br>CLAIM #: 0012 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT:  .00%<br>NAME ID: 9699<br>CLAIM #: 0003 | (P) PRIORITY<br>NOT FILED<br>ACCT: 1696<br>COMMENT: OC |
| NORTHWEST BANK<br>P O BOX 337<br>WARREN, PA  16365 | $2,924.38<br>INT: 5.25%<br>NAME ID: 183496<br>CLAIM #: 0005 | (V) VEHICLE-SECURED<br><br>ACCT: 1189<br>COMMENT: 14HYUN |
| OPTIMUM OUTCOMES INC<br>P O BOX 58015<br>RALEIGH, NC  27658 | $0.00<br>INT:  .00%<br>NAME ID: 156530<br>CLAIM #: 0013 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| SCA COLLECTION INC<br>P O BOX 876<br>GREENVILLE, NC  27835 | $0.00<br>INT:  .00%<br>NAME ID: 55780<br>CLAIM #: 0014 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| **TOTAL:** | **$4,846.64** | |
| JOHN T ORCUTT ESQ<br>6616-203 SIX FORKS ROAD<br>RALEIGH, NC  27615 | $4,500.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER,
TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

PAGE 3  -  CHAPTER 13 CASE NO. 20-10808

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  05/06/2021                                    OFFICE OF THE CHAPTER 13 TRUSTEE

                                                     By:  /s/  Gayle McFarland
                                                          Clerk
                                                          Chapter 13 Office
                                                          500 W FRIENDLY AVE STE 200
                                                          P O BOX 1720
                                                          GREENSBORO, NC  27402-1720

cc: Debtor
    Attorney for Debtor - Electronic Notice